UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID COONS, et al.,

          Plaintiffs,

   v.

Crane Co. et. al.,

          Defendants.

Case No. 18-cv-05228-SI

**ORDER GRANTING MOTION TO AMEND**

Re: Dkt. No. 12

Before the Court is plaintiffs' motion to amend their complaint. Dkt. No. 12. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for resolution without oral argument and hereby VACATES the hearing set for November 30, 2018. Having considered the papers submitted, and for good cause shown, the Court GRANTS plaintiffs' motion to amend the complaint and ORDERS the First Amended Complaint be FILED

     **IT IS SO ORDERED**.

Dated: November 26, 2018

                             _____
                             SUSAN ILLSTON
                             United States District Judge

United States District Court
Northern District of California